**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-12177 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**CERTAIN DOCUMENTS UNDER SEAL**

Plaintiffs Sega Corporation and Sega of America, Inc. ("Plaintiffs") request leave to file the following under seal: (1) Schedule A to the Complaint, which lists the Defendants by their Seller Aliases; and (2) Exhibit 6 to the Complaint, which includes screenshots showing the active e-commerce stores operating under the Seller Aliases.

In this action, Plaintiffs are requesting *ex parte* relief based on an action for trademark infringement and counterfeiting, false designation of origin, and/or copyright infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, thus frustrating the purpose of the underlying litigation and this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiffs will move to unseal these documents.

Dated this 5th day of October 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*